IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-11193-TPA |
| David P. Mathews, FKA David P. Midberry | : | |
| Nicky J. Mathews, FKA Nicole J. | : | |
| Mathews-Midberrry | : | |
|     Debtors | : | Chapter 13 |
| David P. Mathews, FKA David P. Midberry | : | |
| Nicky J. Mathews, FKA Nicole J. | : | |
| Mathews-Midberrry | : | |
| and Ronda J. Winnecour, Esq. (Trustee) | : | Related to Document No. 34 |
|     Movants | : | |
|         v. | : | |
| Sheetz | : | |
|     Respondents | : | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

    AND NOW, to wit, this __2nd__ day of __August__, 2017, on Motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Debtor is no longer employed by the Respondent, and therefore,

        **Sheetz**
        **5700 6th Avenue**
        **Altoona, PA 16602**

is hereby ordered to immediately terminate the Wage Attachment of wages of Social Security number **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**. No future payments are to be sent to Ronda J. Winnecour, Trustee, on behalf of the Debtor, David P. Mathews, FKA David P. Midberry.

_____
United States Bankruptcy Judge  jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-11193-TPA
David P. Mathews                                                        Chapter 13
Nicky J. Mathews
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: aala              Page 1 of 1              Date Rcvd: Aug 02, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb         +David P. Mathews,    Nicky J. Mathews,    1843 County Line Road,    Venus, PA 16364-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Matthew M. Brennan    on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com
              Matthew M. Brennan    on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5