FILED
5/8/20 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-11193-TPA |
| David P. Mathews, FKA David P. Midberry | : | |
| Nicky J. Mathews, FKA Nicole J. | : | |
| Mathews-Midberrry | : | |
|     Debtors | : | Chapter 13 |
| David P. Mathews, FKA David P. Midberry | : | |
| Nicky J. Mathews, FKA Nicole J. | : | |
| Mathews-Midberrry | : | |
| and Ronda J. Winnecour, Esq. (Trustee) | : | Related to Document No. 50 |
|     Movants | : | |
|              v. | : | |
| Matric Limited | : | |
|     Respondents | : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

   AND NOW, to wit, this ___8th___ day of ____May___, 2020, on Motion of the Debtor/Movant,
it is hereby **ORDERED, ADJUDGED, and DECREED** that the Debtor is no longer employed
by the Respondent, and therefore,

**Matric Limited
Attn: Stephen Leccia
2099 Hill City Road
Seneca, PA 16346**


is hereby ordered to immediately terminate the Wage Attachment of wages of Social Security
number **XXX-XX-7634.** No future payments are to be sent to Ronda J. Winnecour, Trustee, on
behalf of the Debtor, David P. Mathews, FKA David P. Midberry.

_____
United States Bankruptcy Judge **jlm**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-11193-TPA
David P. Mathews                                                 Chapter 13
Nicky J. Mathews
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: aala            Page 1 of 1            Date Rcvd: May 08, 2020
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db/jdb        +David P. Mathews,   Nicky J. Mathews,   1843 County Line Road,   Venus, PA 16364-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Matthew M. Brennan   on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com
          Matthew M. Brennan   on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6