**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-11193-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

David P. Mathews
1843 County Line Road
Venus PA 16364

Nicky J. Mathews
1843 County Line Road
Venus PA 16364

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/29/2020.

Name and Address of Alleged Transferor(s):

Claim No. 15: JPMorgan Chase Bank, National Association, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203

Name and Address of Transferee:

JPMorgan Chase Bank,National Association
c/o Carrington Mortgage Services,LLC
P.O. BOX 3730
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/02/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David P. Mathews
Nicky J. Mathews
          Debtors

Case No. 16-11193-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala          Page 1 of 1          Date Rcvd: Jun 30, 2020
                             Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14409317          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 06:22:23
                  JPMorgan Chase Bank, National Association,   Mail Code LA4-5555,   700 Kansas Lane,
                  Monroe LA 71203
                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Matthew M. Brennan    on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com
          Matthew M. Brennan    on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 6