FILED
9/17/20 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 16-11193-TPA |
| David P. Mathews, FKA David P. Midberry : | |
| Nicky J. Mathews, FKA Nicole J. : | |
| Mathews-Midberrry : | |
| Debtors : | Chapter 13 |
| David P. Mathews, FKA David P. Midberry : | |
| Nicky J. Mathews, FKA Nicole J. : | |
| Mathews-Midberrry : | |
| and Ronda J. Winnecour, Esq. (Trustee) : | Related to Document No. 63 |
| Movants : | |
| v. : | |
| Liberty Electronics, Inc. : | |
| Respondents : | |

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, to wit, this __17th__ day of _September_, 2020, on Motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Debtor is no longer employed by the Respondent, and therefore,

> **Liberty Electronic, Inc.**
> **Attn: Jaci D.**
> **189 Howard Street**
> **Franklin, PA 16323**

is hereby ordered to immediately terminate the Wage Attachment of wages of Social Security number **XXX-XX-7634.** No future payments are to be sent to Ronda J. Winnecour, Trustee, on behalf of the Debtor, David P. Mathews, FKA David P. Midberry.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                   Case No. 16-11193-TPA
David P. Mathews                                         Chapter 13
Nicky J. Mathews
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil              Page 1 of 1              Date Rcvd: Sep 17, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb        +David P. Mathews,    Nicky J. Mathews,    1843 County Line Road,    Venus, PA 16364-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Brian Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Matthew M. Brennan    on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com
          Matthew M. Brennan    on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6