**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/17/2021

IN RE:

DAVID P. MATHEWS
NICKY J. MATHEWS
1843 COUNTY LINE ROAD
VENUS, PA 16364
XXX-XX-7634          Debtor(s)

XXX-XX-4623

Case No.16-11193 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/17/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim Amount / Comment | Cred Desc / Account No. |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*1ST/SCH*BGN 1/17*FR JPMC BANK-DOC 58 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1795 |
| **PERITUS PORTFOLIO SERVICES II LLC**<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 2<br>CLAIM: 6,334.85<br>COMMENT: 6,252@6%MDF/PL*FR FNB OF PA~DOC 21 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4524 |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA 16365 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: 229/PL@NW SAVINGS BK*229.89 X (60+2)=LMT*$0 ARRS/PL-CL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0924 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,431.43<br>COMMENT: CAPITAL ONE BNK USA NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1097 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6663 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,068.64<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0303 |
| **JCPENNEY**<br>PO BOX 965009<br>ORLANDO, FL 32096-5009 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7931 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,863.68<br>COMMENT: X8081/SCH*CITIBANK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4212 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6244 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,747.17<br>COMMENT: CITIBANK NA~SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5771 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,747.91<br>COMMENT: PRA/SCH*COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4651 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 820.46<br>COMMENT: STAPLES/SCH*CITIBANK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1575 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TOYS R US/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2871 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,478.11<br>COMMENT: X0154/SCH*SYNCHRONY~CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4122 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 744.70<br>COMMENT: NO NUM/SCH*CHRGD OFF 4/29/15*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 858.88<br>COMMENT: X0993/SCH*WALMART~SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9153 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,841.24<br>COMMENT: NT/SCH*CITIBANK~SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3545 |
| **JPMORGAN CHASE BANK NA**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 8,609.40<br>COMMENT: CL15GOVS*6786.90@CHASE MRTG/PL*THRU 12/16*FR JMPC BK-DOC 58 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1795 |
| **H & R BLOCK BANK**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 513.18<br>COMMENT: NT/SCH*NO PAYMENTS EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5887 |

| CLAIM RECORDS | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI Court Claim Number:11 | | ACCOUNT NO.:  2793 |
| PO BOX 2011 | | |
| | CLAIM:  1,089.55 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*JCP~SYNCHRONY | |
| | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.:  4047 |
| | CLAIM:  1,754.90 | |
| NORFOLK, VA  23541 | COMMENT:  NT/SCH*CAPITAL ONE BNK NA | |
| | | |
| **SHAPIRO & DENARDO LLC*** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 3600 HORIZON DR STE 150 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| KING OF PRUSSIA, PA  19406 | COMMENT:  JPMORGAN CHASE/PRAE | |