IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>DAVID P. MATHEWS<br>fka DAVID P. MIDBERRY<br>NICKY J. MATHEWS<br>fka NICOLE J. MATHEWS-MIDBERRY,<br>fka NICOLE J. MATHEWS<br>    Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:16-11193-TPA<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>Vs.<br>DAVID P. MATHEWS<br>fka DAVID P. MIDBERRY<br>NICKY J. MATHEWS<br>fka NICOLE J. MATHEWS-MIDBERRY,<br>fka NICOLE J. MATHEWS<br>    Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Related Document No.: 71 , 73 |

## TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on January 6, 2021 (document no. 71) is hereby WITHDRAWN.

Respectfully submitted,

2/17/2021
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
February 17, 2021

jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David P. Mathews  
Nicky J. Mathews  
    Debtors

Case No. 16-11193-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 2  
Date Rcvd: Feb 17, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David P. Mathews, Nicky J. Mathews, 1843 County Line Road, Venus, PA 16364-3105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com |
| Matthew M. Brennan | on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: aala Page 2 of 2
Date Rcvd: Feb 17, 2021 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6