Certificate Number: 16339-PAW-DE-035390934

Bankruptcy Case Number: 16-11193



16339-PAW-DE-035390934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2021, at 3:59 o'clock PM EST, David Mathews completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 22, 2021            By:    /s/Kelley Tipton

Name:    Kelley Tipton

Title:    Certified Financial Counselor