Certificate Number: 16339-PAW-DE-035390935

Bankruptcy Case Number: 16-11193



16339-PAW-DE-035390935

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2021, at 3:59 o'clock PM EST, Nicky Mathews completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 22, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor