IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-11193-TPA |
| David P. Mathews, fka David P. Midberry | : | |
| Nicky J. Mathews, | : | Chapter 13 |
| fka Nicole J. Mathews-Midberry | : | |
| fka Nicole J. Mathews | : | |
| Debtors | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 22, 2021, at docket numbers 80 and 81, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 22, 2021

By:   /s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com