Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David P. Mathews** | : | Case No. 16−11193−TPA |
| **fka David P. Midberry** | : | Chapter: 13 |
| **Nicky J. Mathews** | : | |
| **fka Nicole J. Mathews−Midberry, fka Nicole J.** | : | |
| **Mathews** | : | |
|    *Debtor(s)* | : | |
| | : | Related to Document No. 84 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
|    *Movant(s),* | : | Hearing Date: 6/23/21 at 12:00 PM |
| | : | |
|    v. | : | |
| **No Respondents** | : | |
|    *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

    *AND NOW,* this ***The 27th of April, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 84 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before June 11, 2021**, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This ***Motion*** is scheduled for hearing on ***June 23, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the ***Motion***. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11193-TPA |
| David P. Mathews | Chapter 13 |
| Nicky J. Mathews | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: 300b | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David P. Mathews, Nicky J. Mathews, 1843 County Line Road, Venus, PA 16364-3105 |
| 14338461 | + | First National Bank of PA, 4140 E. State St, Hermitage, PA 16148-3401 |
| 14366572 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14338464 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14366685 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 28 2021 01:56:30 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14338457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:54:19 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395658 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2021 01:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14342946 | | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14338460 | + | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14338462 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:29 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 14409317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:54:16 | JPMorgan Chase Bank, National Association, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14338458 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338459 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:52:32 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 15259991 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2021 01:42:00 | JPMorgan Chase Bank,National Association, c/o Carrington Mortgage Services,LLC, P.O. BOX 3730, Anaheim, CA 92803-3730 |
| 14355090 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 01:56:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338463 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 01:44:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14395634 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 16-11193-TPA    Doc 86    Filed 04/29/21    Entered 04/30/21 00:44:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 300b | Total Noticed: 26 |

| | | Apr 28 2021 01:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
|---|---|---|---|
| 14381547 | Email/Text: peritus@ebn.phinsolutions.com | Apr 28 2021 01:46:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14338465 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:25 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14338466 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:26 | Portfolio Recovery Associates, 130 Coporate Blvd., Norfolk, VA 23502 |
| 14406970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14338467 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:56:15 | Staples, PO Box 78014, Phoenix, AZ 85062-8014 |
| 14338468 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:29 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14338469 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:30 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14338470 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2021 01:42:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 14338471 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:56:01 | Walmart/Sychrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Matthew M. Brennan | |

District/off: 0315-1  User: jmar  Page 3 of 3
Date Rcvd: Apr 27, 2021  Form ID: 300b  Total Noticed: 26

Matthew M. Brennan
    on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com
    on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6