**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID P. MATHEWS<br>NICKY J. MATHEWS<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:16-11193 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/20/2016 and confirmed on 2/8/17 . The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,588.02 |
| Less Refunds to Debtor | 1,094.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,493.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,735.50 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,235.50 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 23,163.89 | 0.00 | 23,163.89 |
|     Acct: 1795 | | | | |
|   NORTHWEST BANK* | 0.00 | 11,724.39 | 0.00 | 11,724.39 |
|     Acct: 0924 | | | | |
|   JPMORGAN CHASE BANK NA | 8,609.40 | 8,609.40 | 0.00 | 8,609.40 |
|     Acct: 1795 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC | 6,334.85 | 6,334.85 | 425.53 | 6,760.38 |
|     Acct: 4524 | | | | |
| | | | | 50,258.06 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID P. MATHEWS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID P. MATHEWS | 1,094.46 | 1,094.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,431.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 1097 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6663 | | | | |
|   DISCOVER BANK(*) | 5,068.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0303 | | | | |
|   JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7931 | | | | |
|   MIDLAND FUNDING LLC | 2,863.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 4212 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6244 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,747.17 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5771 | | | | |
|   MIDLAND FUNDING LLC | 1,747.91 | 0.00 | 0.00 | 0.00 |
| Acct: 4651 | | | | |
|   MIDLAND FUNDING LLC | 820.46 | 0.00 | 0.00 | 0.00 |
| Acct: 1575 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2871 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 3,478.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4122 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 744.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 858.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9153 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 4,841.24 | 0.00 | 0.00 | 0.00 |
| Acct: 3545 | | | | |
|   H & R BLOCK BANK | 513.18 | 0.00 | 0.00 | 0.00 |
| Acct: 5887 | | | | |
|   MIDLAND FUNDING LLC | 1,089.55 | 0.00 | 0.00 | 0.00 |
| Acct: 2793 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,754.90 | 0.00 | 0.00 | 0.00 |
| Acct: 4047 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                    50,258.06

TOTAL CLAIMED
PRIORITY            0.00
SECURED        14,944.25
UNSECURED      31,959.85

Date: 04/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DAVID P. MATHEWS<br>　　NICKY J. MATHEWS<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　　No Repondents. | Case No.:16-11193 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11193-TPA |
| David P. Mathews | Chapter 13 |
| Nicky J. Mathews | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David P. Mathews, Nicky J. Mathews, 1843 County Line Road, Venus, PA 16364-3105 |
| 14338461 | + | First National Bank of PA, 4140 E. State St, Hermitage, PA 16148-3401 |
| 14366572 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14338464 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14366685 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 28 2021 01:54:40 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14338457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 01:56:07 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395658 | + | Email/Text: bankruptcy@cavps.com | Apr 28 2021 01:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14342946 | | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14338460 | + | Email/Text: mrdiscen@discover.com | Apr 28 2021 01:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14338462 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:56:01 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 14409317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:03 | JPMorgan Chase Bank, National Association, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14338458 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:56:04 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14338459 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 01:54:16 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 15259991 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 28 2021 01:42:00 | JPMorgan Chase Bank,National Association, c/o Carrington Mortgage Services,LLC, P.O. BOX 3730, Anaheim, CA 92803-3730 |
| 14355090 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 01:52:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338463 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 01:44:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 14395634 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 16-11193-TPA    Doc 87    Filed 04/29/21    Entered 04/30/21 00:44:12    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 26 |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 28 2021 01:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14381547 | Email/Text: peritus@ebn.phinsolutions.com | Apr 28 2021 01:46:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14338465 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:26 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14338466 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:54:26 | Portfolio Recovery Associates, 130 Coporate Blvd., Norfolk, VA 23502 |
| 14406970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 01:52:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14338467 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 01:54:25 | Staples, PO Box 78014, Phoenix, AZ 85062-8014 |
| 14338468 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:30 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14338469 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:52:30 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14338470 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2021 01:42:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 14338471 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 01:54:14 | Walmart/Sychrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Matthew M. Brennan |  |

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 26 |

              on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com

Matthew M. Brennan
              on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com

TOTAL: 6