**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David P. Mathews |
| Debtor 2 (Spouse, if filing) | Nicky J. Mathews |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number | 16-11193-TPA |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Northwest Savings Bank

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 2 4

**Property address:** 1843 County Line Road
Number    Street

Venus    PA    16364
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06/ 11/ 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __/ __/ _____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1
American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor 1  **David P. Mathews**
First Name   Middle Name   Last Name

Case number *(if known)* 16-11193-TPA

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angela Sheffler Abreu        Date 05 / 19 / 2021
Signature

Print  **Angela Sheffler Abreu**         Title **Corporate Vice President**
First Name   Middle Name   Last Name

Company  **Northwest Bank**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **PO Box 337**
Number   Street

**Warren**      **PA**    **16365**
City        State    ZIP Code

Contact phone  **(814) 728- 7420**      Email **heather.mauro@northwest.com**

Form 4100R               **Response to Notice of Final Cure Payment**                 page **2**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 16-11193-TPA |
| David P. Mathews | : | |
| Nicky J. Mathews | : | |
| | : | Chapter 13 |
| Debtors | : | |
| | : | |
| | : | Judge Agresti |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and manner specified below on May 19, 2021.

David and Nicky Mathews
1843 County Line Road
Venus, PA 16364
*Via US Mail*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Via ECF*

Matthew M. Brennan
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave.
Suite 201
Pittsburgh, PA 15206
*Via ECF*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*Via ECF*

                                              By:    /s/ Angela Sheffler Abreu
                                                           Angela Sheffler Abreu
                                                           Loss Mitigation Manager
                                                          Corporate Vice President
                                                         Northwest Bank
                                                         100 Liberty Street
                                                         P.O. Box 128
                                                         Warren, PA 16365
                                                         Phone: 814-728-7420