**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/14/21 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID P. MATHEWS
NICKY J. MATHEWS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 16-11193 TPA

Chapter 13

Document No.: 84

ORDER OF COURT

AND NOW, this ___14th___ day of ___June___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 16-11193-TPA
David P. Mathews                                                        Chapter 13
Nicky J. Mathews
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                    User: aala                                   Page 1 of 3
Date Rcvd: Jun 14, 2021                         Form ID: pdf900                             Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David P. Mathews, Nicky J. Mathews, 1843 County Line Road, Venus, PA 16364-3105 |
| cr | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14338461 | + | First National Bank of PA, 4140 E. State St, Hermitage, PA 16148-3401 |
| 14366572 | + | H&R Block Bank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14338464 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14366685 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 00:27:24 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14338457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 15 2021 00:25:55 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395658 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14342946 | | Email/Text: mrdiscen@discover.com | Jun 15 2021 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14338460 | + | Email/Text: mrdiscen@discover.com | Jun 15 2021 00:04:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14338462 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:06 | JC Penny, PO Box 960090, Orlando, FL 32896-0090 |
| 14338459 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:27:07 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 14409317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:25:53 | JPMorgan Chase Bank, National Association, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14338458 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:27:07 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 15259991 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2021 00:04:00 | JPMorgan Chase Bank,National Association, c/o Carrington Mortgage Services,LLC, P.O. BOX 3730, Anaheim, CA 92803-3730 |
| 14355090 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 00:27:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338463 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2021 00:05:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |

Case 16-11193-TPA Doc 95 Filed 06/16/21 Entered 06/17/21 00:29:53 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0315-1 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14395634 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2021 00:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14381547 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 15 2021 00:06:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14338465 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:25:58 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14338466 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:27:36 | Portfolio Recovery Associates, 130 Coporate Blvd., Norfolk, VA 23502 |
| 14406970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:27:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14338467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 00:27:36 | Staples, PO Box 78014, Phoenix, AZ 85062-8014 |
| 14338468 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:25:52 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14338469 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:06 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14338470 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 15 2021 00:04:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 14338471 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:06 | Walmart/Sychrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 3 of 3 |
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 27 |

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Matthew M. Brennan
    on behalf of Debtor David P. Mathews attorneymatthewbrennan@gmail.com

Matthew M. Brennan
    on behalf of Joint Debtor Nicky J. Mathews attorneymatthewbrennan@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7